RECEIVED
IN LAKE CHARLES, LA
APR 24 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 06 CR 20098 |
| VS. | : | JUDGE MINALDI |
| HOWARD RONALD GUILLORY, SR. | : | MAGISTRATE JUDGE WILSON |

## AMENDED ORDER

UPON CONSIDERATION of the Motion to Continue filed by the defendant,

IT IS HEREBY ORDERED that the trial now set for April 30, 2007, IS CONTINUED for the following reasons: A telephone conference is scheduled for May 7, 2007, to select a new trial date at 10:00 AM. The Assistant United States Attorney has other cases scheduled that week for which he is preparing, and the defendant's attorney, Bryan F. Gill, Jr., will be out-of-town on April 30, 2007.

The Government does not oppose this continuance.

This court finds that an applicable exception under Section 3161(h)(8)(B)(iv) exists and it is the finding of this Court that after an "ends of justice" analysis, that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Lake Charles, Louisiana, this 23 day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE